Argued October 3—decided October 3, 1967

Suburban Development Corporation *v.* Town
Council of the Town of West Hartford

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Michael E. Grossmann,* for the appellee (plaintiff).

*Milton W. Horwitz,* corporation counsel, for the appellant (defendant).

Argued October 3—decided October 3, 1967